**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Salome Rodriguez, on behalf of himself and all other similarly situated persons, known and unknown, Plaintiff, <br> v. <br> The Bongo Room III, Inc., and John J. Latino, individually, Defendants. | Case No. 1:15-cv-4112 <br> Hon. Judge Lee <br> Hon. Magistrate Judge Finnegan |

**JOINT STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective attorneys and/or otherwise, and pursuant to Fed. R. Civ. P. 41(a)(1), the following:

1.    On December 8, 2015, reached a settlement of the above-captioned action through a settlement conference.

2.    The parties therefore stipulate that this matter shall be dismissed in its entirety, **with prejudice**, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

Respectfully submitted,

**s/ Valentin T. Narvaez**
Consumer Law Group, LLC
6232 N. Pulaski, Suite 200
Chicago, IL  60646

**s/ Deborah Sue Ashen**
Ashen/Faulkner
217 N. Jefferson, Suite 601
Chicago, IL 60661